NO. 07-10-0264-CR
 NO. 07-10-0265-CR

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL B

 NOVEMBER 10, 2010
 ______________________________

 ANTHONY CALDERON,

Appellant

 v.

 THE STATE OF TEXAS,

Appellee
 _________________________________

 FROM THE COUNTY COURT AT LAW NO. ONE OF LUBBOCK COUNTY;

 NOS. 2007-445080, 2009-456184; HON. STUART MESSER, PRESIDING
 _______________________________

 On Motion to Dismiss
 _______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.
Appellant Anthony Calderon, by and through his attorney, has filed a motion to dismiss his appeals because he no longer desires to prosecute them. Without passing on the merits of the case, we grant the motions to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeals. Having dismissed the appeals at appellants request, no motions for rehearing will be entertained, and our mandates will issue forthwith.

Do not publish. Per Curiam